**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | | |
|---|---|---|
| DENISE L. STALLINGS, | : | |
| Petitioner | : | |
| v. | : | 6:04-CV-26 (WLS) |
| JO ANNE B. BARNHART, as Commissioner of Social Security, | : | |
| Defendant | : | |

**ORDER**

Before the Court is a Report and Recommendation from United States Magistrate Judge G. Mallon Faircloth filed on August 24, 2006, recommending that Petitioner's Motion for Attorney Fees (Doc. 14) be granted. (Doc. 26). No objection has been filed.

Upon full review and consideration upon the record, the Court finds that the Report and Recommendation (Doc. 26) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Petitioner's Motion for Attorney Fees (Doc. 14) is **GRANTED**. It is therefore **ORDERED** that Respondent shall pay a total of **$3,243.30** in attorney fees to Petitioner.

**SO ORDERED**, this  23rd  day of May, 2007.

/s/W. Louis Sands
**THE HONORABLE W. LOUIS SANDS,
UNITED STATES DISTRICT COURT**